CHARLES KRUPNICK, Appellant, *v.* JOSEPH BRANIKOWSKI, Defendant, and BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent.

(Argued May 1, 1936; decided May 19, 1936.)

*Sidney Rosenberg, Nathan Frankel* and *Abraham Engelman* for appellant.

*Harold L. Warner* and *George D. Yeomans* for respondent.

Judgment of the Appellate Division reversed and judgment of the Trial Term affirmed, with costs in this court

and in the Appellate Division. The questions of negligence and contributory negligence were for the jury. No opinion.

Concur: HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Dissenting: CRANE, Ch. J., LEHMAN and O'BRIEN, JJ.